UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARREM JABBAR HOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. MOKTAR, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-0842 DB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  However, plaintiff did not file an application to proceed in forma pauperis or pay the filing fee at the time this action was filed.  On June 13, 2022 the court issued an order directing plaintiff to submit an in forma pauperis application or pay the filing fee.  (ECF No. 4.)  The court granted plaintiff an additional thirty-day extension of time on September 1, 2022.  (ECF No. 6.)  Plaintiff has not paid the filing fee or submitted an application to proceed in forma pauperis.

　　　　Plaintiff has submitted two letters where he states that he requested that he had requested that the $402.00 filing fee be paid from his prison trust account.  (ECF Nos. 7, 8.)  However, the court has not received payment of the filing fee or an application to proceed in forma pauperis.  In the first of these letters, plaintiff also requests that the court order that this amount be taken from his prison trust account.  (See ECF No. 7.)  Absent a grant of in forma pauperis status, the court

has no authority to issue such an order. Plaintiff will be granted an additional thirty-day extension of time to pay the filing fee or submit an application to proceed in forma pauperis. No further extensions of time shall be granted.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis or pay the $402.00 filing fee. Failure to pay the filing fee or submit an in forma pauperis application in compliance with this order will result in a recommendation that this action be dismissed. No further extensions of time shall be granted.
2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner in forma pauperis application form used in this district.

DATED: January 9, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/howe0842.36ifp(2)