UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. MOKTAR, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-0842 DB P<br><br><br>ORDER |

  Counsel for defendants Childs, Johnson, Troja, and Williamson[1] has filed a motion for an extension of time to file a responsive pleading.  (ECF No. 30.)  Currently, their responsive pleading is due on or before September 19, 2023.  (ECF No. 26.)  Counsel requests that the deadline be extended to November 20, 2023.  (ECF No. 30 at 2.)  This is counsel's first request for an extension of time for this purpose.

  In a supporting declaration, counsel states that they requested plaintiff's central file and medical records to help prepare a responsive pleading but have not yet received all requested documents.  (Id. at 3.)  Additionally, counsel has not been able to confer with each client to discuss plaintiff's allegations.  (Id.)  Counsel believes that a sixty-day extension of the deadline will provide sufficient time to receive the remaining records and confer with defendants Childs, Johnson, Troja, and Williamson.  (Id.)

---

[1] To date, only one defendant, J. Mokhtar, has not been served.  (See ECF Nos. 22, 25.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants Childs, Johnson, Troja, and Williamson's motion for an extension of time (ECF No. 30) is granted; and

2. On or before November 20, 2023, defendants Childs, Johnson, Troja, and Williamson shall file a responsive pleading.

Dated:  September 14, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:15
DB/DB Prisoner Inbox/Civil Rights/R/howe0842.36

2