IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KAREEM J. HOWELL,** | 2:22-cv-00842-WBS-DB |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO OPT-OUT OF POST-SCREENING ALTERNATIVE DISPUTE RESOLUTION** |
| v. | |
| **J. MOKTAR, et al.,** | Dept: 4-200 |
| Defendants. | Judge: The Honorable Deborah Barnes |
| | Trial Date: None Set |
| | Action Filed: 5/18/2022 |

Good cause appearing, IT IS HEREBY ORDERED that:

Defendant's Motion to Opt Out of this Court's Post-Screening Alternative Dispute Resolution Project is GRANTED. This action is released from the Court's Post-Settlement Alternative Dispute Resolution Project. The Court will issue a new briefing schedule.

Dated: May 7, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1

[~~Proposed~~] Order (2:22-cv-00842-DB)