1  Rob Bonta, State Bar No. 202668
   Attorney General of California
2  Chad A. Stegeman, State Bar No. 225745
   Supervising Deputy Attorney General
3  Norma Morales, State Bar No. 221466
   Deputy Attorney General
4   600 West Broadway, Suite 1800
    San Diego, CA 92101
5   P.O. Box 85266
    San Diego, CA 92186-5266
6   Telephone:  (619) 738-9727
    Fax:  (619) 645-2581
7   E-mail:  Norma.Morales@doj.ca.gov
   *Attorneys for Defendants K. Childs,*
8  *J. Johnson, S. Williamson, F. Troja, and J. Mokhtar*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                     SACRAMENTO DIVISION

| KAREEM J. HOWELL, | 2:22-cv-00842-WBS-SCR P |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION TO CONTINUE THE MOTION TO COMPEL DEADLINE; [PROPOSED] ORDER THEREON** |
| J. MOKTAR, F. TROJA, K. CHILDS, S. FLOOD, S. WILLIAMSON and J. JOHNSON., | |
| Defendants. | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

**IT IS HEREBY STIPULATED** by and between the Plaintiff KAREEM J. HOWELL and Defendants J. MOKHTAR, F. TROJA, K. CHILDS, S. FLOOD, S. WILLIAMSON, and J. JOHNSON (Defendants) (hereafter collectively the "Parties") that Defendants are granted **sixteen (16) additional days** to file a motion to compel further discovery responses.

1

1  Plaintiff testified on August 21, 2024, that he had additional records responsive to the
2  discovery propounded by Defendants and would remit them to counsel for Defendants.  However,
3  he does not know when he can remit the records as the property officer at Kern Valley State
4  Manager has custody of these records.  As such, Plaintiff testified and agreed to extend
5  Defendants' time to file a motion to compel.
6  The Discovery and Scheduling Order sets forth that "[a]ny motions necessary to compel
7  discovery shall be filed by August 28, 2024." (ECF No. 51 at 6.)  However, Defendants' motion
8  to compel Plaintiff's further responses will be due on or before September 13, 2024, instead of
9  the present deadline of August 28, 2024.

Dated:  August 23, 2024

Respectfully submitted,

KAREEM J. HOWELL
Plaintiff *Pro Se*

*/s/ Kareem J. Howell*
(as authorized on August 23, 2024 via telephone conference)

KAREEM J. HOWELL
Plaintiff
*In Pro Per*

Dated:  August 23, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
CHAD A. STEGEMAN
Supervising Deputy Attorney General

*/s/ Norma Morales*
NORMA MORALES
Deputy Attorney General
*Attorneys for Defendants*
*K. Childs, J. Johnson, S. Williamson,*
*F.  Troja, and J. Mokhtar*

**[~~PROPOSED~~] ORDER**

**IT IS HEREBY ORDERED** that Defendants are granted sixteen (16) days to file a motion to compel further responses from Plaintiff. Defendants' motion to compel Plaintiff's further responses will be due on or before September 13, 2024.

**IT IS SO ORDERED.**

DATED: September 6, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE