# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM HOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MOKTAR, et. al,<br><br>    Defendants. | Case No.  2:22-cv-0842-WBS-SCR (PC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS** |

The Court conducted a settlement conference in this action on May 29, 2025, at which the parties reached a settlement agreement and which terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

    1. All pending matters and dates in this action are VACATED; and

    2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:  **May 30, 2025**          /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE