IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KAREEM J. HOWELL,** | 2:22-cv-00842-WBS-SCR (PC) |
| Plaintiff, | **[PROPOSED] ORDER** |
| **v.** | |
| **J. MOKTAR, F. TROJA, K, CHILDS, FLOOD, S. WILLIAMSON and J. JOHNSON.,** | |
| Defendants. | |

The Attorney General's Office requests an extension of time of the deadline for parties to file a Stipulation for Dismissal. Good cause appearing, the request for extension of time to file a Stipulation for Dismissal is GRANTED.  The parties shall have until July 21, 2025, to file a Stipulation for Dismissal in this matter.

Dated: July 8, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1