IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>Plaintiff,<br><br>v.<br><br>J. MOKTAR, F. TROJA, K, CHILDS, FLOOD, S. WILLIAMSON and J. JOHNSON.,<br><br>Defendants. | 2:22-cv-00842-WBS-SCR (PC)<br><br>[PROPOSED] ORDER |

Defendants request an extension of time of the deadline for parties to file a Stipulation for Dismissal. Good cause appearing, the request for extension of time to file a Stipulation for Dismissal (ECF No. 94) is GRANTED.  The parties shall have until August 11, 2025, to file a Stipulation for Dismissal in this matter.

Dated: July 23, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order  (2:22-cv-00842-WBS-SCR (PC))